**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD GLENN HANES, JR. | ) | NO. ED CV 18-00309-JLS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHARLES CALAHAN, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 12, 2018.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE